United States District Court
Southern District of Texas

JUN 2 1 2010

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED

JUN 2 1 2010

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-10-206 |
| **Gonzalo Gonzalez-Villarreal** | § | |

## ORDER

BE IT REMEMBERED on this **21** day of **June**, 20**10**, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **March 26, 2010**, wherein the defendant **Gonzalo Gonzalez-Villarreal** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Gonzalo Gonzalez-Villarreal** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Gonzalo Gonzalez-Villarreal guilty of the offense of alien unlawfully attempting entry into the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1).**

SIGNED this the **21** day of **June**, 20**10**.

Hilda G. Tagle
United States District Judge